UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

**MILARDO, et al.,**
**Petitioners,**

vs.                               CV. NO. 3:16-CV-00524 (VLB)

**KERLIKOWSKE, et al.,**          USCA NO. 16-1109
**Respondents.**

## INDEX TO THE RECORD ON APPEAL

| Date Filed | # | Docket Text |
|---|---|---|
| 03/16/2016 | [1] | **EMERGENCY PETITION for Writs of of Habeas Corpus Ad Testificandum by Arnaldo Giammarco, Paolina Milardo. (Attachments: # [1] Proposed Order, # [2] Memorandum in Support)(Anastasio, F.) (Entered: 03/16/2016)** |
| 03/16/2016 |   | **Filing fee received from Jerome N. Frank Legal Services Organization: $ 46.00, receipt number CTXN00012702 (Anastasio, F.) (Entered: 03/16/2016)** |
| 03/16/2016 | [2] | **NOTICE of Appearance by Michael J. Wishnie on behalf of Arnaldo Giammarco, Paolina Milardo (Anastasio, F.) (Entered: 03/16/2016)** |
| 03/16/2016 | [3] | **NOTICE of Appearance by Amber Nicole Hallett on behalf of Arnaldo Giammarco, Paolina Milardo (Anastasio, F.) (Entered: 03/16/2016)** |
| 03/16/2016 | [4] | **NOTICE of Appearance by Jason Parkin on behalf of Arnaldo Giammarco, Paolina** |

| | | |
|---|---|---|
| | | Milardo (Anastasio, F.) (Entered: 03/16/2016) |
| 03/16/2016 | 5 | MOTION for Order to Show Cause by Arnaldo Giammarco, Paolina Milardo. (Attachments: # 1 Exhibit)(Anastasio, F.) (Entered: 03/16/2016) |
| 03/16/2016 | 6 | MOTION for Leave for Law Student Interns to Appear by Arnaldo Giammarco, Paolina Milardo. (Anastasio, F.) (Entered: 03/16/2016) |
| 03/16/2016 | 7 | ELECTRONIC FILING ORDER - PLEASE ENSURE COMPLIANCE WITH COURTESY COPY REQUIREMENTS IN THIS ORDER Signed by Judge Vanessa L. Bryant on 3/16/2016.(Anastasio, F.) (Entered: 03/16/2016) |
| 03/16/2016 | 8 | ORDER granting 6 Motion for Leave to File. Signed by Judge Vanessa L. Bryant on 03/16/16. (Fernandez, C.) (Entered: 03/16/2016) |
| 03/16/2016 | 9 | ORDER granting in part and denying in part Petitioners' 5 Motion for Order to Show Cause. See [Dkt. #10]. Signed by Judge Vanessa L. Bryant on 3/16/2016. (Nadler, S.) Modified on 3/17/16 to correct mistake (Fernandez, C.). (Entered: 03/16/2016) |
| 03/16/2016 | 10 | ORDER TO SHOW CAUSE: On or before 3/25/2016, Respondents are ORDERED to show cause why Petitioners' Emergency Petition for Writs of Habeas Corpus Ad Testificandum should not be granted.<br><br>NOTICE OF E-FILED CALENDAR: THIS IS |

|  |  | THE ONLY NOTICE COUNSEL/THE PARTIES WILL RECEIVE. ALL PERSONS ENTERING THE COURTHOUSE MUST PRESENT PHOTO IDENTIFICATION. Show Cause Hearing set for 3/28/2016 at 02:00 PM in Courtroom Three, 450 Main St., Hartford, CT before Judge Vanessa L. Bryant<br>Signed by Judge Vanessa L. Bryant on 3/16/2016.(Nadler, S.) (Entered: 03/16/2016) |
|---|---|---|
| 03/17/2016 | 11 | Docket Entry Correction re 9 Order on Motion for Order to Show Cause. ORDER granting in part and denying in part Petitioners' 5 Motion for Order to Show Cause. See [Dkt. #10]. Signed by Judge Vanessa L. Bryant on 3/16/2016. (Fernandez, C.) (Entered: 03/17/2016) |
| 03/17/2016 | 12 | ORDER TO SHOW CAUSE: By 3/22/2016, the parties are ORDERED to show cause why the State of Connecticut or an entity thereof need not be joined as a necessary party to this action.<br>Signed by Judge Vanessa L. Bryant on 3/17/2016.(Nadler, S.) (Entered: 03/17/2016) |
| 03/18/2016 | 13 | NOTICE of Appearance by Carolyn Aiko Ikari on behalf of Jeh Johnson, R. Gil Kerlikowske, Loretta E. Lynch, Sarah Saldana *as local counsel* (Ikari, Carolyn) (Entered: 03/18/2016) |
| 03/18/2016 | 14 | NOTICE of Appearance by Sherease Rosalyn Pratt on behalf of Jeh Johnson, R. Gil Kerlikowske, Loretta E. Lynch, Sarah Saldana (Pratt, Sherease) (Entered: 03/18/2016) |

| 03/22/2016 | 15 | RESPONSE TO 12 Order to Show Cause, by Arnaldo Giammarco, Paolina Milardo filed by Arnaldo Giammarco, Paolina Milardo. (Attachments: # 1 Exhibit Joint Declaration of Representative William Tong and Senator Eric Coleman)(Wishnie, Michael) (Entered: 03/22/2016) |
|---|---|---|
| 03/24/2016 | 16 | NOTICE of Appearance by Elizabeth Joanne Stevens on behalf of Jeh Johnson, R. Gil Kerlikowske, Loretta E. Lynch, Sarah Saldana (Stevens, Elizabeth) (Entered: 03/24/2016) |
| 03/25/2016 | 17 | MOTION to Dismiss for Lack of Jurisdiction , MOTION to Dismiss *for failure to state a claim; Response to Emergency Petition* by Jeh Johnson, R. Gil Kerlikowske, Loretta E. Lynch, Sarah Saldana.Responses due by 4/15/2016 (Attachments: # 1 Memorandum in Support, # 2 Exhibit 1, # 3 Exhibit 2)(Ikari, Carolyn) (Entered: 03/25/2016) |
| 03/28/2016 | 18 | RESPONSE re 17 MOTION to Dismiss for Lack of Jurisdiction MOTION to Dismiss *for failure to state a claim; Response to Emergency Petition* filed by Arnaldo Giammarco, Paolina Milardo. (Wishnie, Michael) (Entered: 03/28/2016) |
| 03/28/2016 | 19 | PDF with attached Audio File. Court Date & Time [ 3/28/2016 2:00:38 AM ]. File Size [ 22748 KB ]. Run Time [ 01:34:47 ]. (admin). (Entered: 03/28/2016) |
| 03/28/2016 | 21 | Minute Entry for proceedings held before Judge Vanessa L. Bryant: Show Cause Hearing held on 3/28/2016. Total Time: 1 hours and 35 minutes(Court Reporter M. |

| | | |
|---|---|---|
| | | Endlerin.) (Fernandez, C.) (Entered: 03/29/2016) |
| 03/28/2016 | 24 | **STANDING PROTECTIVE ORDER.** Signed by Judge Vanessa L. Bryant on 3/28/2016. (Shafer, J.) (Entered: 04/05/2016) |
| 03/28/2016 | 25 | **ORDER RE:** Judge's Chambers Practices. Counsel are directed to read and comply with the Chambers Practices and Standing Orders prior to filing any document. So ordered.<br>Signed by Judge Vanessa L. Bryant on 3/28/2016. (Shafer, J.) (Entered: 04/05/2016) |
| 03/29/2016 | 20 | **EXHIBIT** *Supplemental Declaration of Rep. Tong & Sen. Coleman* by Arnaldo Giammarco, Paolina Milardo re 15 Response to Order to Show Cause, 1 Application for Writ, 12 Order to Show Cause,. (Wishnie, Michael) (Entered: 03/29/2016) |
| 03/30/2016 | 22 | **STATUS REPORT** *re video link assistance* by Jeh Johnson, R. Gil Kerlikowske, Loretta E. Lynch, Sarah Saldana. (Ikari, Carolyn) (Entered: 03/30/2016) |
| 04/01/2016 | 23 | **ORDER** granting Respondents' 17 Motion to Dismiss for Lack of Jurisdiction. See attached Memorandum of Decision. The Clerk is directed to close this file. Signed by Judge Vanessa L. Bryant on 4/1/2016. (Nadler, S.) (Entered: 04/01/2016) |
| 04/01/2016 | 26 | **JUDGMENT** entered in favor of Jeh Johnson, Loretta E. Lynch, R. Gil Kerlikowske, Sarah Saldana against Arnaldo Giammarco, Paolina Milardo. |

|  |  | **For Appeal Forms please go to the following website: http://www.ctd.uscourts.gov/forms/all-forms/appeals_forms Signed by Judge Vanessa L. Bryant on 04/01/16.(Fernandez, C.) (Entered: 04/05/2016)** |
|---|---|---|
| 04/05/2016 |  | **JUDICIAL PROCEEDINGS SURVEY: The following link to the confidential survey requires you to log into CM/ECF for SECURITY purposes. Once in CM/ECF you will be prompted for the case number. Although you are receiving this survey through CM/ECF, it is hosted on an independent website called SurveyMonkey. Once in SurveyMonkey, the survey is located in a secure account. The survey is not docketed and it is not sent directly to the judge. To ensure anonymity, completed surveys are held up to 90 days before they are sent to the judge for review. We hope you will take this opportunity to participate, please click on this link:**<br><br>**https://ecf.ctd.uscourts.gov/cgi-bin/Dispatch.pl?survey (Fernandez, C.) (Entered: 04/05/2016)** |
| 04/12/2016 | 27 | **NOTICE OF APPEAL as to 23 Order on Motion to Dismiss/Lack of Jurisdiction, 26 Judgment, by Arnaldo Giammarco. Filing fee $ 505, receipt number 0205-3962363. (Wishnie, Michael) (Entered: 04/12/2016)** |

## CERTIFICATE OF SERVICE

I hereby certify that on April 27, 2016, a copy of the Index on Appeal was filed electronically. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

/s/ Michael Wishnie

Jason Parkin, Supervising Attorney
Michael Wishnie, Supervising Attorney
Jerome N. Frank Legal Services Org.
Yale Law School
P.O. Box 209090
New Haven, CT 06520
Telephone: (203) 432-4800
Counsel for Petitioner